No. 177. HESS, TRUSTEE, *v.* AMIDON. October 11, 1937. Petition for writ of certiorari to the Court of Appeals, 1st Appellate Judicial District, of Ohio, denied.

*Messrs. John Weld Peck* and *Sol. Goodman* for petitioner. *Mr. Walter K. Sibbald* for respondent.